**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Donna N. Wilcox, Gary W. Marquart, and Howie N. Groom, individually, and all other similarly situated,

Plaintiffs,

v.

Burlington Northern Santa Fe Railway Company, a corporation,

Defendant.

Case No. 00-1166
JMR/RLE

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OTHERWISE PLEAD**

WHEREAS, the parties have been and are continuing to engage in negotiations to resolve the above-captioned matter; and

WHEREAS, the defendant is in the process of gathering information to respond to the facts alleged in the Complaint; and

WHEREAS, the parties wish to extend the time in which defendant has to answer or otherwise plead in response to plaintiff's Complaint,

NOW, THEREFORE, the parties hereto, by their undersigned counsel of record, stipulate and agree that defendant shall have until June 30, 2000 to answer or otherwise plead in response to plaintiff's Complaint.

Dated: 5-26-00

SPENCE, RICKE, SWEENEY AND GERNES, PA.

Megan K. Ricke

Megan K. Ricke, #121836
Attorneys for Defendant
325 Cedar Street, Suite 600
St. Paul, MN 55101
(612) 223-8000 (phone)
(612) 223-8003 (fax)

FILED JUN 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 5-26-00

INGEBRITSON & ASSOCIATES

By ______________________
Russell A. Ingebritson, #48860
100 South 5th Street, Suite 450
Minneapolis, MN 55402
(612) 340-8290

**ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS ORDERED:

That defendants have until June 30, 2000 to answer or otherwise plead in response to plaintiff's Complaint.

Dated: 6/9/00

BY THE COURT:

______________________
The Honorable Raymond L. Erickson
Magistrate Judge

f:\shared_docs\wilcox\pleadings\stiptoextend.doc \kl