UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Donna N. Wilcox, Gary W. Marquart, Howie N. Groom,

Plaintiffs,

vs. ORDER

Burlington Northern and Sante Fe Railroad Company,

Defendant. Civ. No. 00-1166 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 13th day of June, 2000.

I. Introduction

This matter comes before the undersigned United States Magistrate Judge upon our routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A). For reasons which follow, we vacate our Order of June 13, 2000, as having been improvidently filed.

II. Discussion

The Plaintiff's Complaint was filed on May 9, 2000. An Acknowledgment of Service was filed with the Clerk of Court on May 11, 2000, which attested to the fact that the Defendant had been served, in accordance with Rule 4, Federal Rules of Civil Procedure, with the Summons and Complaint in this matter, on May 10,

FILED JUN 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2000. It having appeared to the Court that more than 20 days had elapsed since the time of service, without any appearance having been entered on behalf of the Defendant, on June 13, 2000, the Court, consistent with our customary practice, issued its Order which directed counsel for the Plaintiff to proceed as follows:

> 1. Notify the Defendant immediately that it is required to serve and file its Answer or some other responsive pleading, or to move for an extension of time to do so, and that application for entry of default is required within 10 days of such notification if no response is filed;
>
> 2. File an application for entry of default unless the required pleading is filed within 10 days of the referenced notification; or
>
> 3. Advise the Court in writing of any good cause to the contrary.

Counsel was further admonished that the failure to comply with these directives, within 20 days of the date of the Order -- that is, by July 3, 2000 -- could result in the case being dismissed for lack of prosecution.

We have since been advised by the Plaintiff, however, that the parties to this action have stipulated to extending the deadline for the Defendant's responsive pleading until June 30, 2000, and we note that, by Order dated June 9, 2000, we granted the requested extension. We apologize to the parties for our inadvertence, and

we vacate our Order of June 13, 2000, as having been issued improvidently.

NOW, THEREFORE, It is --

ORDERED:

That the Court's Order of June 13, 2000 is withdrawn.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE