UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Donna N. Wilcox, Gary W. Marquart and Howie N. Groom, individually, and all others similarly situated,

Plaintiffs,

vs.

NOTICE OF RULE 16 PRETRIAL/STATUS CONFERENCE

Burlington Northern and Santa Fe Railway Company, a corporation,

Defendant.

Civ. No. 00-1166 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 1st day of August, 2001.

* * *

A Rule 16 Pretrial/Status Conference is scheduled for **Monday, November 13, 2000, at 1:30 a.m.**, before Magistrate Judge Raymond L. Erickson, in Courtroom No. 3, Fourth Floor, United States Courthouse, 515 W. First St., Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED AUG 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______