UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Donna N. Wilcox, Gary W. Marquart and Howie N. Groom, individually and all others similarly situated,

Plaintiffs,

vs.

Burlington Northern and Santa Fe Railway Company, a corporation,

Defendant.

AMENDED
NOTICE OF RULE 16
PRETRIAL/STATUS CONFERENCE

Civ. No. 00-1166 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 2nd day of August, 2001.

* * *

The above-entitled case is deemed Ready for Trial. A Rule 16 Pretrial/Status Conference is scheduled for **Tuesday, September 4, 2001, at 11:00 a.m.**, before Magistrate Judge Raymond L. Erickson, in Courtroom No. 3, Fourth Floor, United States Courthouse, 515 W. First St., Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED AUG 0 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______